IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:24-CR-3010 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| vs. | ) | **EXTEND TIME TO FILE** |
| | ) | **PRETRIAL MOTIONS and** |
| DANNY MOORHEAD, | ) | **CONTINUE TELEPHONIC** |
| | ) | **CONFERENCE** |
| Defendant. | ) | |

COMES NOW, Danny Moorhead, Defendant herein, by and through counsel, and pursuant to NECrimR 12.1, moves the Court for an order extending the time for filing pretrial motions and continuing the telephonic conference in this matter. In support of this motion, for good cause, Defendant states:

1.     On March 4, 2025, the Court set the pretrial motion deadline in this matter for April 28, 2025. Counsel is asking to continue the deadline to May 28, 2025. Counsel asks to continue the telephonic conference to June 2, 2025 or later.

2.     Since March 4, 2025, Defendant has been in Colorado for medical treatment, then was detained in North Platte, Nebraska, then was subsequently moved to Saline County, Nebraska, so coordinating meetings with him has been more challenging than anticipated at the time when counsel last requested an extension of time. The parties have also made further efforts toward resolving this matter without the need for a trial, and those efforts are ongoing. Additionally, the discovery in this case is voluminous, consisting of about 25,000 pages of documents.

3.     Counsel for Defendant has discussed this motion with Ms. Danielle Fliam, counsel for the government in this case, and Ms. Fliam indicated that the government does not object to the motion.

WHEREFORE, Defendant respectfully requests an order extending the deadline for the filing of pretrial motions to May 28, 2025, and continuing the telephonic conference June 2, 2025 or later.

Dated: April 28, 2025.

DANNY MOORHEAD, Defendant,

By: */s/ Joshua D. Barber*
Joshua D. Barber   #22624
Barber & Barber, P.C., L.L.O.
300 North 44th Street, Suite 205
Lincoln, NE  68503
Phone: (402) 434-5429
Fax: (402) 434-5430
joshuabarber@yahoo.com
Defendant's Attorney

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing and any attachments thereto were electronically filed with the Clerk of the Court via the CM/ECF system, which sent notification of said filing to all attorneys of record in the above-captioned matter, including Danielle Fliam, at danielle.fliam@usdoj.gov, on April 28, 2025.

*/s/ Joshua D. Barber*
Attorney for Defendant