IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:24CR3010** |
| vs. | |
| DANNY MOORHEAD, | **ORDER TO DESTROY** |
| Defendants. | |

Counsel for both the plaintiff and the defendant notified the court on 6/5/26 that they wish the following exhibits held by the court in this matter to be destroyed.


Plaintiff's Exhibits from Preliminary and Detention hearing held 4/11/2025


Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above- listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

Dated this 8th day of June, 2026.


BY THE COURT:

s/ Susan M. Bazis
United States District Judge